# EXHIBIT B

**From:** Angela Cousineau <acousineau@cap-rx.com>
**Date:** Wednesday, January 3, 2024 at 6:25 PM
**To:** Alyssa Wagner <awagner@cap-rx.com>
**Subject:** Resignation

Alyssa,

Thanks for meeting with me. As a follow up to our conversation, I've made the decision to resign from my position effective January 16, 2023. It has been an honor to be a part of the team and to have contributed to the organization over the last 4 years. I'm deeply grateful for the experience and opportunities during my tenure here, and for your leadership and support over the last several months. You have my full commitment to ensuring a smooth transition during my remaining time here.

As next steps, I will pull together some talking points for us to align on communication to the PBA team. I've setup time for us to review the updated PBA RACI on Monday. I'll also prioritize finalizing the rubric prior to my departure.

I wish all the success and growth for Capital Rx and the client service team. Thank you,

**Angela Cousineau**
Vice President, PBA Client Services

**Capital Rx**
(626) 424-0207
acousineau@cap-rx.com
www.cap-rx.com