# EXHIBIT E

**≡FOLEY**

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

2 SOUTH BISCAYNE BOULEVARD SUITE 1900
MIAMI, FL 33131-2132
305.482.8400 TEL
305.482.8600 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
305.482.8408
mneuberger@foley.com

CLIENT/MATTER NUMBER
ClientNumber-MatterNumber

April 26, 2024

Ryan.Leuthauser@hwhlaw.com
Ryan Leuthauser, Esq.
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602

Re:    Angela Kahn and Slate Rx

Dear Mr. Leuthauser,

Your response to our initial demand letter directed to your client Ms. Angela Kahn and the Form of Acknowledgement is unacceptable. While employed at Capital Rx Ms. Kahn had direct access to its customer lists, strategies for marketing services to its customers and detailed information on those customers. The fact she is now, as you state in a "direct contributor" role, means she has the detailed knowledge and ability to sell Slate Rx services to Capital Rx customers. Furthermore, your assertion that Slate Rx does not offer an administration platform and solely services commercial groups is of no import as the two companies in fact offer services that are directly competitive. Thus, Ms. Kahn has the information and knowledge to cause direct economic harm to Capital Rx which is the very purpose behind the various covenants she signed with Capital Rx. As you well know the law support the enforcement of such covenants which are designed to protect the legitimate business interests of Capital Rx.

As a result, Capital Rx demands that Ms. Kahn immediately resign from her employment or that Slate Rx pay appropriate compensation to Capital Rx. Failure to reach a meaningful resolution to this issue will cause Capital Rx to seek all available remedies through the courts.

Sincerely,

*Mark Neuberger*

Mark J. Neuberger

cc: Ms. Jennilyn Nevins, AVP Legal, Slate Rx
MJN:yc

AUSTIN       DETROIT       MEXICO CITY   SACRAMENTO     TALLAHASSEE
BOSTON       HOUSTON       MIAMI         SALT LAKE CITY TAMPA
CHICAGO      JACKSONVILLE  MILWAUKEE     SAN DIEGO      WASHINGTON, D.C.
DALLAS       LOS ANGELES   NEW YORK      SAN FRANCISCO  BRUSSELS
DENVER       MADISON       ORLANDO       SILICON VALLEY TOKYO