UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL RX INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ANGELA KHAN and SLATE RX, LLC,<br><br>              Defendants. | Case No.<br><br>Judge: |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher W. Pendleton hereby enters his appearance as counsel for Capital Rx Inc. in the above-captioned action.

The undersigned respectfully request that notice of all matters, as well as copies of all papers, orders, notices, reports, pleadings, motions, applications, disclosure statements, and plans in this case be served at the address below.

Dated:  June 24, 2024

                             **BENESCH, FRIEDLANDER,**
                             **COPLAN & ARONOFF LLP**

                             */s/ Christopher W. Pendleton*
                             Christopher W. Pendleton
                             1155 Avenue of the Americas
                             26th Floor
                             New York, NY 10036
                             Tel:  (646) 593-7050

                             *Attorney for Plaintiff Capital Rx, Inc.*